# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, | Case No. 17-cv-08684-PA-RAOx |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY OF ALHAMBRA, an incorporated California Municipality; and DOES 1 to 10, inclusive, | |
| Defendants. | |

The above-captioned action is hereby dismissed with prejudice pursuant to the stipulation of the parties filed on February _8_, 2018.

Dated: February 08, 2018 2018

_____
Hon. Percy Anderson
United States District Judge